UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT REASER AND CHRISTINE REASER,

        Plaintiffs,

v.                           Case No. 8:08-cv-1323-T-33TGW

A.W. CHESTERTON, CO., et al.,

        Defendants.
_____/

**ORDER**

    This matter comes before the Court sua sponte. This case involves asbestos, and on September 19, 2008, the United States Judicial Panel on Multidistrict Litigation (the "Panel") issued a conditional transfer order ("CTO") covering this case. Among other things, the CTO indicates: "It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge [James T.] Giles."

    At least one of the parties to this action has opposed transfer of this case for consolidated proceedings, and the Panel is in the process of determining whether it is appropriate to transfer this case. In the interest of judicial economy, this Court stays this matter until such time as the Panel has dispositively ruled as to whether this case will be transferred

to the consolidated multidistrict litigation in the United States District Court for the Eastern District of Pennsylvania. In so staying this case, this Court is mindful of its broad discretion over the manner in which it manages the cases before it, <u>Chrysler Int'l Corp. v. Chemaly</u>, 280 F.3d 1358, 1360 (11th Cir. 2002), and finds that the stay is reasonable.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

1. The Clerk is directed to **STAY AND ADMINISTRATIVELY CLOSE** this case until such time as the Panel has dispositively ruled as to whether this case will be transferred to the consolidated multidistrict litigation in the United States District Court for the Eastern District of Pennsylvania.

2. The parties shall immediately inform the court when the Panel has made its final ruling.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>25th</u> day of November, 2008.

/s/ Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:  All Counsel and Parties of Record

2